### BREWSTER v. BREWSTER.

*(Supreme Court, General Term, First Department.* January 28, 1889.)

Argued before BRADY, DANIELS, and BARTLETT, JJ.

*George V. N. Baldwin,* for plaintiff. *B. F. Einstein,* for defendant.

No opinion. Motion granted, unless plaintiff pays $10 costs and stipulates to argue appeal at March term.

---

### *In re* McLEAN, Receiver of Taxes.

*(Supreme Court, General Term, First Department.* January 28, 1889.)

No opinion. Motion for reargument granted, the appeal to be submitted to the court which originally heard the appeal within 10 days. See 3 N. Y. Supp. 45.

---

### NOLEN v. CAMP.

*(Supreme Court, General Term, First Department.* January 28, 1889.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion to dismiss appeal granted, with $10 costs.